Filing # 54121233 E-Filed 03/23/2017 12:56:04 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

KEITH JOHNSON,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INS. CO.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, KEITH JOHNSON, by and through the undersigned attorney, hereby sues Defendant, STATE FARM MUTUAL AUTOMOBILE INS. CO., and alleges:

1. This is an action for damages that exceed $15,000.00.

2. At all times material hereto, Plaintiff was a resident of Jacksonville, Duval, Florida.

3. At all times material hereto, Defendant STATE FARM MUTUAL AUTOMOBILE INS. CO., (hereinafter "STATE FARM"), was an insurance corporation licensed to do and doing business in the State of Florida.

4. On or about May 11, 2012, James Jammel was operating a motor vehicle at or near the intersection of southbound I-95 off-ramp at Dunn Ave. (State Route 104), Jacksonville, Florida.

5. At that time and place, James Jammel negligently operated or maintained said motor vehicle so that it collided with Plaintiff's motor vehicle.

6. As a result, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

7. At all times material hereto, James Jammel was an underinsured motorist and maintained minimal bodily injury liability benefits of $25,000 with United Services Automobile Association. Said limits were fully tendered to and accepted by Plaintiff with the knowledge and consent of Defendant.

8. At all times material hereto, Plaintiff had contracted with Defendant, STATE FARM, for automobile insurance policy which included coverage for uninsured/underinsured motorist's coverage in the amount of $250,000. A letter from Defendant, STATE FARM, confirming coverage is attached hereto as Exhibit "A", and incorporated herein by this reference.

9. Defendant was notified by Plaintiff, by and through his undersigned attorneys, that James Jammel was an underinsured motorist and maintained limited bodily injury liability benefits insufficient to satisfy the Plaintiff's claim for personal injury, thereby creating an underinsured motorist claim against Defendant.

10. Defendant is in breach of its contract by failure to pay underinsured motorists benefits to Plaintiff.

11. Plaintiff has fulfilled all conditions precedent to filing suit against Defendant.

WHEREFORE, Plaintiff demands judgment for damages and costs against Defendant and a trial by jury of all issues herein.

Dated this 23 day of March, 2017.

_____
SCOTT BURLEIGH (FL Bar No. 0055486)
RONALD E. SHOLES, P.A.
4608 Norwood Ave.
Jacksonville, Florida 32206
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: scott@youhurtwefight.com
Attorney for Plaintiff