**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KEITH JOHNSON,

    Plaintiff,

v.    Case No. 3:17-cv-536-J-32PDB

STATE FARM MUTUAL
AUTOMOBILE INS. CO.,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 16). Accordingly, it is now

**ORDERED:**

1.   The parties shall have until **September 10, 2018** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.   If the parties have not filed settlement pleadings or a request for extension of time by the **September 10, 2018** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed**

**without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of July, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record