# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KEITH JOHNSON,

    Plaintiff,

v.                                        Case No. 3:17-cv-536-J-32PDB

STATE FARM MUTUAL
AUTOMOBILE INS. CO.,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Dismissal with Prejudice (Doc. 18), filed on July 20, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of July, 2018.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record